# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY STEVENS, SR., o/b/o D.S., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    No. 4:22-CV-1181 JAR<br>) |
| RITENOUR SCHOOL DISTRICT, et al., | )<br>) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. The motion is denied. *See* 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 16] is **DENIED**.

Dated this 26th day of June, 2023.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE